MAR 5'10AM10:48 USBCEW

DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CASTO, MELISSA DULANE

Debtor

Case No.  05-10354-PCW13

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $20.33, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 38 | HEILIG MEYER<br>PO BOX 96070<br>CHARLOTTE, NC  28296 | $20.33 |

Dated: March 03, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874034              3-5-10              $20.33