DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CASTO, MELISSA DULANE

Case No. 05-10354-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $15.65, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 11 | PROFESSIONAL COLLECTORS<br>PO BOX 1284<br>PARKERSBURG, WV 26102 | $15.65 |

Dated: April 02, 2010

_DANIEL H. BRUNNER, Chapter 13 Trustee_

Receipt 4874189      4-8-10      $15.65