DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

MAY10'10AM11:00 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CASTO, MELISSA DULANE

Case No. 05-10354-PCW13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $16.29, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---------|----------|--------|
| 38 | HEILIG MEYER<br>PO BOX 96070<br>CHARLOTTE, NC 28296 | $16.29 |

Dated: May 06, 2010

*/s/ Daniel H. Brunner*
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874359        5-10-2010        #16.29