DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CASTO, MELISSA DULANE

Case No. 05-10354-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $20.16, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 38 | HEILIG MEYER<br>PO BOX 96070<br>CHARLOTTE, NC 28296 | $20.16 |

Dated: August 03, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874802        8-6-10                                $20.16

05-10354-PCW13    Doc 86    Filed 08/06/10    Entered 08/06/10 10:46:26    Pg 1 of 1