DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CASTO, MELISSA DULANE

Case No. 05-10354-PCW13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $300.00, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| CASTO, MELISSA DULANE | PO BOX 1305 CLARKSBURG, WV 26302 | $300.00 |

Dated: May 04, 2011

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4876076    5-10-11    $300.00